# United States District Court
## For The Western District of North Carolina
## Statesville Division

AVERILL HOWELL,

    Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:11CV69-2-RJC

JOEL HERRON,

    Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 9, 2011, Order.

                                        Signed: August 10, 2011

                                        *[signature]*

                                        Frank G. Johns, Clerk
                                        United States District Court